# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| | ) Case No. 6:20-PO-00549 HBK |
| DEREK R. VINCENT | ) |
| | ) |
| *Defendant* | ) |

**ORDER TO PAY
PROBATION PURSUANT TO A DEFERRED JUDGMENT
AGREEMENT BETWEEN THE PARTIES**

   The defendant having been found guilty of an offense under 36 CFR § 2.35(b)(2), and pursuant to an agreement between the government and the defendant,
   **IT IS ORDERED:** The defendant is placed on unsupervised probation as provided in the agreement between the parties for a period of 12 months, without a judgment of conviction first being entered.  The defendant must comply with the standard conditions of probation set forth in this order, and the following conditions found on page two:
1. The defendant's probation shall be unsupervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the court and, if represented by counsel, your counsel of any change of address and contact number.


Date:     12/16/2020                              /s/ Helena Barch-Kuchta
                                                  **HELENA BARCH-KUCHTA**
                                                  *United States Magistrate Judge*

AO 246 (Rev. 01/14)  Probation Order Under 18 U.S.C. § 3607 (Page 2)

**Conditions of Probation**

While on probation, you must also:

1. The defendant shall pay a $610.00 fine, a $30.00 processing fee and a special assessment of $10.00 for a total financial obligation of $650.00, which shall be paid in full by October 15, 2021. Payment shall be made payable to the Clerk, U.S.D.C., and mailed to:

   CENTRAL VIOLATIONS BUREAU
   PO BOX 780549
   San Antonio, TX 78278
   1-800-827-2982-or-
   Pay online at www.cvb.uscourts.gov and click on "Pay On-Line"

2. The defendant is ordered to personally appear for a Probation Review Hearing on 11/16/2021 at 10:00 am in Yosemite before U.S. Magistrate Helena Barch-Kuchta.  Shortly before this hearing, if the defendant has successfully complied with the terms of probation, he may request that the probation review hearing be vacated and that his term of probation be immediately terminated. If represented, the defendant shall make any such request through counsel.

3. The defendant may not consume any substance without a legal prescription.